IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| THERESA ELAINE MIDDLEBROOKS, | |
|---|---|
| Plaintiff, | **8:15CV1** |
| vs. | |
| CENTURYLINK COMMUNICATIONS, AND QWEST COMMUNICATIONS, | **ORDER** |
| Defendants. | |

Pursuant to a previous Scheduling Order, ([Filing No. 17](#)), Counsel for the defendant informed the court that the parties are unable to confer for the Rule 26(f) Report as Plaintiff is currently in the hospital. Accordingly,

IT IS ORDERED:

1) The Rule 26 Meeting deadline is continued pending further order of the court.

2) Plaintiff shall contact Defense counsel once she is out of the hospital.

3) Thereafter, Defense counsel shall contact chambers at (402) 473-1670 or by email to [zwart@ned.uscourts.gov](mailto:zwart@ned.uscourts.gov), to schedule a conference call to discuss case progression.

Dated this 5th day of January, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge