IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THERESA ELAINE MIDDLEBROOKS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CENTURYLINK COMMUNICATIONS and QWEST COMMUNICATIONS,<br><br>　　　　　　Defendants. | 8:15CV1<br><br>**ORDER OF DISMISSAL** |

　　　　This matter is before Court on the parties' Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Filing No. 29).  The Court concludes the stipulation of dismissal should be approved.  The above-captioned action will be dismissed with prejudice, and each party will bear their own attorney fees and costs.

　　　　IT IS ORDERED:

　　　　1.　　The parties' Stipulation of Dismissal with Prejudice (Filing No. 29) is approved;

　　　　2.　　the above-captioned action is dismissed with prejudice; and

　　　　3.　　the Court will not assess attorney fees and costs.

Dated this 19th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ *Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　　　　United States District Judge